UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-cv-25334-BLOOM/Otazo-Reyes

ALVIN CANDIDATE,

        *Plaintiff(s),*

v.

CITY OF MIAMI;
OFFICER SHANE TARDIEU; and
OFFICER RYAN MICHEL,

        *Defendant(s).*
_____/

**MEDIATORS REPORT**

Pursuant to the Rules of Civil Procedure and this Honorable Court's Order or voluntary agreement of the Parties, a mediation was held on 10.19.2021, hosted by VIRTUAL MEDIATIONS LIVE, LLC via ZOOM, before certified mediator Orestes "Rusty" Perez, Esq, and the undersigned reports the following to this Honorable Court:

____  AN AGREEMENT WAS REACHED.

✓  NO AGREEMENT WAS REACHED.

____  The Parties wish to continue settlement negotiations and may reconvene for a Continuation of the Mediation.  Notice of the date, time and place shall be furnished to the parties and filed with the Court.  If no Notice of Mediation Agreement or Post-Mediation Agreement is filed on or before ___/___/___ , then, it shall be concluded that NO AGREEMENT WAS REACHED in this matter.

____  A Pre / Post – Mediation Settlement was reached based on information received on ___/___/___ , from _____.

____  Other: _____

_____
ORESTES "RUSTY" PEREZ, ESQ
MCN: 10339R / FBN: 021393

MASTER MEDIATION, INC
P.O. BOX 840638
PEMBROKE PINES, FL 33024
RUSTY.PEREZ@MASTERMEDIATIONINC.COM
TEL. 954.210.7752

COPIES: TO THE CLERK OF COURT,
ALL COUNSEL OF RECORD AND
UNREPRESENTED PARTIES.